UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARK JONES,

    Plaintiff,

v.                                           Case No. 11-CV-12560

SAVITHRI KAKANI, et al.

    Defendants.
                                           /

**ORDER OF DISMISSAL**

In accordance with the court's "Opinion and Order Overruling Plaintiff's Objections, Adopting the Magistrate Judge's Report and Recommendation, Granting Motions to Dismiss, and Denying Plaintiff's Motion for Reconsideration,"

IT IS ORDERED that all of Plaintiff's claims are DISMISSED WITHOUT PREJUDICE.[1]

                                           S/Robert H. Cleland
                                           ROBERT H. CLELAND
                                           UNITED STATES DISTRICT JUDGE

Dated: September 25, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 25, 2012, by electronic and/or ordinary mail.

                                           S/Lisa G. Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522.

---

[1] The Federal Rules of Civil Procedure require that "[e]very judgment and amended judgment must be set forth on a separate document." Fed. R. Civ. P. 58(a)(1). This order constitutes such a separate document, and no other "judgment" will be filed.